United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 98-1013

_____

Nora Grajeda Estrada,                          *
                                               *
           Petitioner,                         *
                                               *
    v.                                         *    Petition for Review of an
                                               *    Order of the Immigration
District Director, U.S. Department of          *    and Naturalization Service.
Justice Immigration & Naturalization           *
Service,                                       *       **[UNPUBLISHED]**
                                               *
           Respondent.                         *

_____

Submitted:  May 21, 1998
Filed: May 29, 1998

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Nora Estrada, a native of Guatemala, petitions for review of a final decision of the Immigration and Naturalization Service after the Board of Immigration Appeals (BIA) dismissed as untimely her appeal from a decision of the Immigration Judge. Estrada does not argue that her appeal to the BIA was timely, and the BIA cannot waive the appeal deadline as Estrada suggests.  See Atiqullah v. Immigration & Naturalization Serv., 39 F.3d 896, 898 (8th Cir. 1994) (per curiam) (time limit for filing

notice of appeal to BIA is mandatory and jurisdictional).  Accordingly, we deny Estrada's petition.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.